***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

February 13, 2024

By ECF
Hon. J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

    Re: <u>United States v. Mauricio Escobar</u>,
       24 Cr 213(VJPO)

Your Honor,

When Mr. Escobar was released on bail on February 6, 2024 he delivered to the United States Pre-Trial Office his passports. Mr. Escobar was a model bailee, pled guilty and was sentenced to 5 months incarceration by this Court. He has now completed his sentence and begun his two year term of Supervised Release. Now, he most respectfully, asks this Court to issue an Order returning his passports.

Thank you for the Court's attention to this respectful request.

Most Respectfully,

David Touger, Esq.

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Escobar's passports and return them to him or his designated representative.
> So ordered.
> 2/18/2025

_____
J. PAUL OETKEN
United States District Judge